The last case on the calendar today is Frey v. Lagerstrom where I believe the appellee, the appellant is on submission Mr. Frey is on submission and we have the appellee present to argue Good morning, Your Honor. My name is Benjamin Lagerstrom. I'm the appellant I'm sorry, the appellant. I got that backwards. That was my fault That was my fault. Go ahead, Mr. Lagerstrom Thank you for having me. This matter is simple. The plaintiff sued me for breach of contract and copyright infringement in a bogus preemptive lawsuit. Frey's original complaint in all filing showed clearly that the true purpose of this lawsuit against me was to prevent me from exposing him for inducement of fraud and fraud in the past. Contractor claims I breached him for copyright infringement as a tool for inducement of fraud. It's not innocent, negligent, or passive to contract with copyright or tool. After the court, I noticed Frey with a fully dishonest state of mind Evidence shows Frey drafted the contract too, something he claims otherwise He claims I breached the contract by displaying footage and gave me a license to air anywhere in the world as an example of my work, even the contract, and that I edited footage without his permission. I submitted the evidence, but he asked me to edit the footage the way I did and e-mailed me the server IPP address and a username for CBS to serve as upload.org He approved of that work in an e-mail. He didn't sue me for slander or defamation. He did nothing I said about the fraud. He's on trial. This was a pay-to-play scam by CBS TV made to lure aspiring actors and producers to raise the investment money. I used the footage he gave me, licensed to use, in the way he issued license within the scope of the First Amendment to protect the public by exposing the scam It's clear the contract and the project he induced me into was nothing close to the representations he conveyed, and he later drafted a second agreement on what it implied and everything he said and did is documented in over 60 hours of video footage from the production The contract should be voided, but it was dismissed. Joseph Fry soon declaimed that he never represented the production at any for CBS and Showtime Television I could cite evidence all week, but the victim's site is a 100-minute documentary and a quote about the production, being a fraud, and how Fry used my crew into the agreement to ban jobs for production for CBS that featured more than half of the crew talking about how Fry represented the production with an order of CBS A CBS supervisor was on set and is in almost every single piece of video footage copying the production board. Her name is Elizabeth Mansfield And this was shown continually, time and time again, in that context to the district court All of this amounts to a very serious violation of my rights under 42 U.S.C. 1983 because orders had been secured against me in the federal court and declaratories made unavailable to me by what is truly stalking horse litigation that deceived the court causing great confusion to the district court and severe errors in their rulings An abusive process that resulted in a judgment against me for approximately $40,000 that goes to property rights and credit, and concurrently All of this fraud, this inducement, resulted in my false arrest for which I was fully exonerated at trial after three years and the criminal court in Queens, New York determined that the district court lawsuit was a foundation for motive and prosecution and the suit was a coarsely part of the testimony from everybody who appeared there It was argued by pride, claimed falsely, that I represented He promoted production as a work for CBS The company he worked for under exclusive contract as a producer for and had a non-compete agreement with concerning these productions The business conduct statement, known as the BCS, which is in evidence He admitted to this in his own sworn affidavit The BCS spells out that his copyright registration, as he did, was unlawful CBS argued that no resources of CBS were used by pride and that he's not an agent of CBS or used company time while working on his production CBS, however, received dismissal in my counterclaim based on this false narrative The computer forensics show emails he sent me concerning the production all came from their office during his normal work hour and his job there is listed with the EEOC on CBS's own website as an agented position during that time CBS has 100% full authority over this production Equally as disturbing about the misrepresentations is that the work was produced multiple times by CBS, even in the same office Frye worked at while he was there in the Showtime division at 1633 Broadway It was produced as Homeless, A Love Story by Joseph Frye and as Homeless, Love by Paul Bettany at the same time. They are identical works and it was displayed side-by-side with the District Court. They also filmed Shelter, which is identical, with their own produced by an aspiring producer named Marilinda Rivera, who was induced the same way Frye induced me into a pay-per-play scam. Frye represented the Hebrew District when he did it. I think he did it on contract too. In Homeless, Love, the lead name is Rudy In Homeless, A Love Story, the name is Rudy The scenes and the promotional photos for CBS are exactly the same Frye also attempted at the District Court to order all of my computer equipment and other property to be seized because he thinks that would destroy the evidence Thank you for watching!